ORIGINAL



FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0201

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0201

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TIFFANY ANN OPITZ,

    Defendant and Appellant.

FILED

JUN 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Tiffany Ann Opitz filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Opitz was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Opitz's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Opitz personally.

DATED this _9_ day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices